## RECONSIDERATION DOCKET

**97–2419.   State ex rel. Ohio Academy of Trial Lawyers v. Sheward.**
In Mandamus and Prohibition. Reported at 86 Ohio St.3d 451, 715 N.E.2d 1062. On motion for reconsideration by Ohio Attorney General Betty D. Montgomery. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**99–825.   Abbott v. Jarrett Reclamation Serv., Inc.**
Belmont App. No. 96BA36. Reported at 86 Ohio St.3d 1455, 714 N.E.2d 933. On motion for reconsideration. Motion denied.

DOUGLAS, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.